05/23/2017 GRANTED; EACH OF THE THREE MATTERS SET FOR HEARING ON 05/24/17 (SEE DOCKET ENTRIES 141, 142 AND 168) ARE CONTINUED TO WEDNESDAY, JUNE 7, 2017 AT 11:00AM IN SPRINGFIELD. PARTIES WILL BE ALLOWED TO APPEAR BY TELEPHONE FOR THE JUNE 7 HEARING. THE CLERK WILL CONTACT PARTIES WITH DIAL-IN INFORMATION THE DAY BEFORE THE HEARING.

# United States Bankruptcy Court

Worcester, District of Massachusetts

In re

Alireza G Hamedany, Alireza Hamedany, Allen Hamedany

Debtor

Address

Case No. 16-41399

Chapter 13

Last four digits of Social Security: Unknown

## EMERGENCY MOTION TO SEEK CONTINUANCE

George Genel asks the court to please grant this continuance as my scheduled medical appointment is at 12:15pm on May 24, 2017. Recovery should be approximately 7 days. Following the appointment I am being taken to my Primary physician for a 2:00 appointment. I have two additional procedures scheduled to complete the series one on June 16th at12.00 noon with the last (I hope) being on July 24th at BIDMC Boston. I would greatly appreciate the opportunity to discuss the details of my illness which has caused this procedure and others with your honor in a private phone call as I believe it will add clarity as medical information private. I'm very open to what happened to me . I prefer to keep the details private as this motion is of public record. In addition I can share my schaduled future medical appointments to help this process move along smoothly.

Please accept my apologies to the court for not including the times of my appointments. I was unaware of this detail, ther

George Genel

United States Bankruptcy Court, 595 Main St #211, Worcester, MA 01608

MAY23'17 AM 8:01 USB

Date: 5/12/2017

Signature:

Name: George Genel
Address: 14-4 Concord Greene
Concord, Ma 01742

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br>Alireza G. Hamedany,<br>Debtor | Case No. 16-41399<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Dmitry Lev, hereby certify that on May 26, 2017, in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules of this Court, I electronically filed the foregoing document in this matter with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system.

On information and belief, a Notice of Electronic Filing was contemporaneously transmitted to the following CM/ECF participants electronically:

- For the United States Trustee: Richard King
- For the Chapter 13 Trustee: Denise M. Pappalardo
- For Creditor Concord Greene Condominium Association: Laura White Brandow
- For Creditor Federal National Mortgage Association: Jason Giguere, Richard T. Mulligan, Joshua Ryan
- For Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-4: Jason Giguere, Richard T. Mulligan, Joshua Ryan, Michael E. Swain
- For Creditor JPMorgan Chase Bank, N.A.: Michael E. Swain

Pursuant to MEFR 9, "Transmission by the Court of the 'Notice of Electronic Filing' constitutes service or notice of the filed document…"

I further certify that on May 26, 2017, I served the foregoing document via postage-prepaid first class mail upon the following address indicated on the creditor's Proof of Claim:

George Genel
14 Concord Greene, Unit 4
Concord, MA 01742

Respectfully submitted,
/s/ Dmitry Lev__
Dmitry Lev, Esq.
BBO # 665236
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA 02472
(617) 556-9990 office
(617) 830-0005 fax
dlev@levlaw.net

Dated: May 26, 2017